# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHERYL TROKEY,**

      **Plaintiffs,**

**v.**

**OVERHEAD DOOR COMPANY OF
ST. LOUIS, et al.,**

      **Defendants,**

**and**

**D.H. PACE COMPANY, INC.,**

      **Third-Party Plaintiff,**

**v.**

**TITAN CONTRACTORS SERVICE
CORPORATION,**

      **Third-Party Defendant**           **Case No. 04-CV-815-DRH**

## ORDER

**HERNDON, District Judge:**

      Before the Court is Plaintiff's Motion for Voluntary Dismissal. (Doc. 41.) Plaintiff moves, pursuant to Federal Rule of Civil Procedure 41(a)(1) to voluntarily dismiss without prejudice defendant S.M. Wilson & Co. as a party defendant to this case, each party to bear its own costs.  Defendant S.M. Wilson & Co. consents to Plaintiff's instant motion.  The Court hereby **ACKNOWLEDGES** Plaintiff's voluntary

dismissal and hereby orders the clerk to terminate S.M. Wilson & Co. as a party

defendant from this case.

**IT IS SO ORDERED.**

Signed this 21st day of February, 2006.


/s/          David   RHerndon
**United States District Judge**