IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHERYL TROKEY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**D.H. PACE COMPANY, INC., d/b/a** )<br>**Overhead Door Company of St. Louis, Inc.,** )<br>**and OVERHEAD DOOR CORPORATION,** )<br>**d/b/a W.B. McGuire Company,** )<br>)<br>Defendants. )<br>)<br>**D.H. PACE COMPANY, INC.** )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>**TITAN CONTRACTORS SERVICE** )<br>**CORPORATION**, )<br>)<br>Third-Party Defendant. ) | Civil No.  **04-815-DRH**<br><br>Presumptive Trial Month:<br>**August, 2006** |

**ORDER**

**PROUD, Magistrate Judge:**

The Court will hold a settlement conference via telephone conference call with the parties on **April 21, 2006, at 1:30 p.m.**

**In addition to counsel, each party shall have available during the call a representative who has unrestricted and ultimate authority to discuss, consider, propose and agree, or disagree, to any settlement proposal or offer.  Any party who does not have available a representative with such authority shall be subject to sanctions.**

Attorney Dan Ball shall initiate the call with all parties and then call the Court at

1

618-482-9006

**IT IS SO ORDERED.**

**DATE:  April 17, 2006.**

**s/ Clifford J. Proud**  
**CLIFFORD J. PROUD**  
**UNITED STATE MAGISTRATE JUDGE**
