IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHERYL TROKEY,**

    **Plaintiffs,**

v.

**D.H. PACE COMPANY, INC., d/b/a OVERHEAD DOOR COMPANY OF ST. LOUIS, Inc. and OVERHEAD DOOR CORPORATION d/b/a W.B. MCGUIRE COMPANY,**

    **Defendants,**

**and**

**D.H. PACE COMPANY, INC.,**

    **Third-Party Plaintiff,**

v.

**TITAN CONTRACTORS SERVICE CORPORATION,**

    **Third-Party Defendant**　　　　　　　　　　**Case No. 04-CV-815-DRH**

## ORDER

**HERNDON, District Judge:**

    The Court having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED** that this action (including all claims and third-party claims) is hereby dismissed with prejudice, pursuant to the parties' Stipulation for

Dismissal With Prejudice (Doc. 58), each party to bear its own costs.  Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

Signed this 26th day fo June, 2006.

/s/          David   RHerndon
**United States District Judge**