IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHERYL TROKEY,**

    **Plaintiff,**

vs.

**D.H. PACE COMPANY, INC., d/b/a
OVERHEAD DOOR COMPANY OF
ST. LOUIS, INC., and OVERHEAD DOOR
CORPORATION d/b/a W.B. MCGUIRE
COMPANY,**

    **Defendants**,

**and**

**D.H. PACE COMPANY, INC.,**

    **Third-Party Plaintiff,**

vs.

**TITAN CONTRACTORS SERVICE
CORPORATION,**

                                           **Case No.  04-CV-815-DRH**

    **Third-Party Defendant**

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action (including all claims and third-party claims) is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------

-

**NORBERT G. JAWORSKI, CLERK**

June 26, 2006  By:   s/Patricia Brown
  Deputy Clerk

APPROVED:/s/   David   RHerndon
  **U.S. DISTRICT JUDGE**